

FILED

MAY 15 2015

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| GIA FANELLI, | CV 14–275–M–DLC–JCL |
| Plaintiff, |  |
| vs. | ORDER |
| BANK OF NEW YORK MELLON, et al., |  |
| Defendants. |  |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and

Recommendations on April 13, 2015, recommending that this case be dismissed

without prejudice pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff

failed to timely object to the Findings and Recommendations, and so waived the

right to *de novo* review of the record. 28 U.S.C. § 636(b)(1). The Court will

therefore review the record for clear error. *McDonnell Douglas Corp. v.*

*Commodore Bus. Mach., Inc.,* 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error

exists if the Court is left with a "definite and firm conviction that a mistake has

been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

1

There is no clear error in Judge Lynch's Findings and Recommendations and the Court adopts them in full.

There is no clear error in Judge Lynch's finding that Plaintiff failed to timely serve her Complaint on Defendants, in compliance with Federal Rule of Civil Procedure 4(m). The Court ordered Plaintiff to serve the Complaint on Defendants, or show good cause for failure to do so, by April 8, 2015. Plaintiff has neither served Defendants nor shown good cause for failing to do so.

Accordingly, IT IS ORDERED that Judge Lynch's Findings and Recommendation (Doc. 10) are ADOPTED. This case is DISMISSED WITHOUT PREJUDICE.

Dated this 15th day of May, 2015.

Dana L. Christensen, Chief Judge
United States District Court